**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DEIRDRE BROWN | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:09-cv-02379-JMF |
| WISH, LLC, *et al.* | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*

**JOINT NOTICE REGARDING SETTLEMENT AND DISMISSAL**

COME NOW, the Plaintiff, Deirdre Brown, and the Defendants, WISH, LLC, Jacqueline Lewis, Daniel Lewis, and Robert Lewis, and hereby jointly file this Notice Regarding Settlement and Dismissal, and state as follows.

The Plaintiff and the Defendants have executed and exchanged settlement agreements resolving all issues relevant to this litigation. Settlement funds were forwarded to the Plaintiff on September 28, 2010. The parties anticipate filing a stipulation of dismissal for this matter by October 5, 2010.

DEIRDRE BROWN

By her attorney,

Date: September 29, 2010

/s/Howard B. Hoffman
Howard B. Hoffman, Esq.
600 Jefferson Plaza, Suite 304
Rockville, MD 20852
(301) 251-3752 Telephone
(301) 251-3753 Facsimile

2

                                      WISH, LLC,
                                      ROBERT LEWIS,
                                      JACQUELINE LEWIS, and
                                      DANIEL LEWIS

                                      By their attorneys,

Date: <u>September 29, 2010</u>           <u>/s/Kevin M. Tracy</u>
                                      Kevin M. Tracy, Esq. (Bar #463918)
                                      McNamee Hosea Jernigan Kim
                                       Greenan & Lynch, P.A.
                                      888 Bestgate Road, Suite 304
                                      Annapolis, MD 21401
                                      (410) 266-9909 Telephone
                                      (410) 266-8425 Facsimile
                                      ktracy@mhlaywers.com