# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEIRDRE BROWN | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:09-cv-02379-JMF |
| WISH, LLC, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, Deirdre Brown and the Defendants, WISH, LLC, Jacqueline Lewis, Daniel Lewis, and Robert Lewis ("Defendants"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and files this Stipulation of Dismissal With Prejudice, as state as follows.

The Plaintiff and the Defendants jointly request that this Honorable Court dismiss the above captioned litigation with prejudice in regards to all claims and defenses asserted in this matter.

DEIRDRE BROWN

By her attorney,

Date: 9-29-2010

Howard B. Hoffman, Esq.
600 Jefferson Plaza, Suite 304
Rockville, MD 20852
(301) 251-3752 Telephone
(301) 251-3753 Facsimile

WISH, LLC,
ROBERT LEWIS,
JACQUELINE LEWIS, and
DANIEL LEWIS

By their attorneys,

Date: 9-28-2010

_____
Kevin M. Tracy, Esq. (Bar #463918)
McNamee Hosea Jernigan Kim
 Greenan & Lynch, P.A.
888 Bestgate Road, Suite 304
Annapolis, MD 21401
(410) 266-9909 Telephone
(410) 266-8425 Facsimile
ktracy@mhlaywers.com